APRIL 9, 1996

No. 95–1487. ALTSTATT *v.* OREGON STATE BAR. Sup. Ct. Ore. Certiorari dismissed under this Court's Rule 46.1.

APRIL 10, 1996

No. 95–8560 (A–832). WILLIAMS *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

APRIL 15, 1996

No. 95–1230. BELLSOUTH TELECOMMUNICATIONS, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari dismissed as to Telephone Utilities Exchange Carrier Association under this Court's Rule 46.

No. 94–357. WASHINGTON ET AL. *v.* SPOKANE TRIBE OF INDIANS. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Seminole Tribe of Fla.* v. *Florida, ante,* p. 44.

No. 94–1029. OKLAHOMA *v.* PONCA TRIBE OF OKLAHOMA. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Seminole Tribe of Fla.* v. *Florida, ante,* p. 44.